UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAULA J. HOLMAN, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:15-cv-634 |
| | ) JUDGE CRENSHAW |
| BINDTECH INC., | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 53) to which no Objections have been filed. The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**. Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** for failure to obey Court orders and to prosecute. Fed. R. Civ. P. 41(b). This is the final order in this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE